[No. 8015]

## HEGINBOTHAM v. WEBSTER ET AL.

*Error to the Court of Appeals.*

Messrs. MUNSON and MUNSON, for plaintiff in error.

Messrs. ALLEN and WEBSTER, for defendants in error.

*Per Curiam.*

We have thoroughly examined the record, briefs and opinion of the Court of Appeals in this cause,* and after full and careful consideration are of opinion that the conclusion reached by that court is correct. Its judgment is therefore affirmed.

*Judgment affirmed.*

Decision *en banc.*

*23 Col. Ap. 229, 129 Pac. 569.